FILED

2017 JAN -9 AM 12: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346

MONTALBAN JOSE,

Inmate # 11497-179

(Enter full name of Plaintiff)

THIRD AMENDED
COMPLAINT

vs.

CASE NO: 5:16-CV-405-Oc-10 PRL

(To be assigned by Clerk)

MS. TAMYRA JARVIS,
MR. MILLER,
MR. BOLLEY,
MR. SMITH,
MR. MᶜCLAIN,

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

MR. HEUETT
MR. PHILLIPS
MR. S. NICKBATH
MR. M. TIDWELL
TWO, JOHN DOES' (S.I.S)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: MONTALBAN, JOSE

Inmate Number #11497-179

Prison or Jail: USP-① Coleman, Fl.

Mailing address: ® ® Federal Correctional Complex

P.O. Box 1033 / H-Unit

COLEMAN, FL. 33521

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for <u>every</u> Defendant:

(1)   Defendant's name: MS. TAMYRA JARVIS

Official position: WARDEN

Employed at: FCC. USP ① COLEMAN FL.

Mailing address: P.O. BOX 1033

COLEMAN, FL. 33521

(2)   Defendant's name: MR. MILLER

Official position: ASSOCIATTE WARDEN

Employed at: FCC. USP ① COLEMAN

Mailing address: SAME !!

(3)   Defendant's name: MR. S. NICKBATH

Official position: DOCTOR (MLP)

Employed at: FCC-USP ① COLEMAN

Mailing address: SAME

CONTINUE ATTACHED PAGE

<u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>

2

(4) MR: MARK TIDWELL
 DOCTOR, (MDO)
 FCC-USP Ⓐ -COLEMAN, FL.
 SAME !!!

(5) MR: BOLLEY
 UNIT MANAGER (B-UNIT)
 FCC-USP Ⓓ COLEMAN, FL.
 SAME !!!

(6) MR: SMITH
 CASE MANAGER (B-UNIT)
 FCC-USP-Ⓓ COLEMAN, FL.
 SAME !!!

(7) MR: McCLAIN
 UNIT COUNSELOR (B-UNIT)
 FCC-USP-Ⓓ COLEMAN, FL.

(8) MR: HEUETT
 UNIT MANAGER (H-UNIT)
 FCC-USP-Ⓓ-COLEMAN, FL.
 SAME

2-A

(9) MR: PHILLIPS
UNIT COUNSELOR (B-UNIT)
FCC-USP-① COLEMAN, FL.
        SAME !!!

(10) MR: JOHN DOE
S.I.S officer's
FCC- USP -①- COLEMAN, FL.
        SAME !!!!

(11) MR: JOHN DOE
S.I.S officer
FCC-USP-①-COLEMAN, FL.
        SAME !!!

2-B

**NOTE:  THE COURT WILL NOT REVIEW THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED <u>IN FULL</u>.**

**III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail or detention center. 42 U.S.C. § 1997e(a).  Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

**IV.    PREVIOUS LAWSUITS**

> **NOTE:  FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.**

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes(  )                    No(X)

1.    Type of action (civil rights, habeas corpus, etc.): _____

2.     Parties to previous action:

   a.    Plaintiff(s): _____

   b.    Defendant(s): _____

3.    County and judicial circuit: _____

4.    Case docket #: _____

5.    Approximate filing date: _____

6.    If not still pending, date of dismissal: _____

7.    Basis of dismissal: _____

8.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

3

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(   )                    No(X)

1.   Type of action (civil rights, habeas corpus, etc.): _____

2.   Parties to previous action:

    a.   Plaintiff(s): _____

    b.   Defendant(s): _____

3.   District and judicial division: _____

4.   Case docket #: _____   5. Approximate filing date: _____

6.   If not still pending, date of dismissal: _____

7. Basis of dismissal: _____

8. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(   )                    No(X)

If YES, describe each action in the space provided below.  If more than one, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Type of action (civil rights, habeas corpus, etc.): _____

2.    Parties to previous action:

    a. .   Plaintiff(s): _____

    b.   Defendant(s): _____

4

3.      District and judicial division: _____

4.      Case docket #: _____ 5. Approximate filing date: _____

6.      If not still pending, date of dismissal: _____

7.      Reason for dismissal: _____

8.      Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.     Have you ever had, either while you were incarcerated or while you were not incarcerated, any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(   )              No(X)

1.      Type of action (civil rights, habeas corpus, etc.): _____

2.      Parties to previous action:

      a.     Plaintiff(s): _____

      b.     Defendant(s): _____

3.      District and judicial division: _____

4.      Name of judge: _____ Case Docket # _____

5.      Approximate filing date: _____ Dismissal date: _____

6.      Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱

- Continue to next page -

## STATEMENTS OF FACTS:

I, JOSE MONTALBAN, I was charged with 18 U.S.C. § 111 (A) & (B) Forcibly Assaulting and resisting a Correctional Officer and inflicting Bodily Harm with a Dangerous Weapon, Count (1)

And 18 U.S.C. § 1791 (A)(2) Possesion of a Prohibited object, Count (2)

Since the date of that incident I've been treatened to stop all actions against (FBOP) staff in the form of Administrative Remedies, Request for my's legal Materials that have been lost or Damage or stolen by either the USP-CANNAN, or USP-① Coleman

6

## STATEMENTS OF FACTS:

The first day I arrived in USP-① coleman July-15-2014; In "R&D", I was seen pt by the Dr. NICKBATH, He ask me several cuestion abouth my Health, I answer to him; I'm in pain for almost ①year and Half, for the Beating of the officer in USP-CANNAN, I suffer ELecktrick's SHock's around my head, pain all my body as well, He stated to me, You need to be in population; for to be diagnosed or Consulted, I see you in the population compound, when He finish with the interview, Two officer come to me, they say "We are "S.I.S." officers "Unknown names", they want answer with the altercation with the "officer Wiesnesky".

6-(A)

DEFENDANT: Mr. JOHN DOE (S.I.S) officer's

I ANSWER to them, several times, I can't Comments nothing about it, If you want Answer you can both need it to Contact my Lawyer: "GINO BARTOLAI ESQ."

My Appeal is inside the Courts of Appeals, They Answer to me, ~~xxxxx~~ you go to the Special House Unit (SHU) ** Only for not Reason, because I don't Answer they's Cuestions To (S.I.S)

NOTE: * NOT Incident Report * for placement me inside the (SHU)
They Both feel Happy when transport me!!!
* R E T A L I A T I O N *

6-(B)

DEFENDANT: MR. SMITH (CASEMANAGER- B-Unit)

As well I ASK to my Case Manager

Mr. SMITH, about the issue of my

legal Materials, property and Know

My Collar-Bone-Left clavicle; I

need it Medical care treatment

He, only stated to me, in his office

I wearing this Vest for protection

Just in case you want it do it

Something stupid to me", and

for the other issue, just chill it

holding the pain, this date

was (8-28-2014)

Denied me Help, Medical care to.

6-(c)

DEFENDANT: MR. BOLLEY (UNIT MANAGER - B-Unit)

I Reported to my Unit team, Mr. Bolley Unit Manager, Mr. SMITH (case manager) and Mr. McClain (Unit Counselor) from "B-Unit" About this Matter for my Medical care treatment of my Collar Bone - Left clavicle they stated, this issue is outside the Unit, you need to go to Health Service and made at Complaint for your Medical Needs; I ask to them for (BP-8), they stated you need it at (BP-9) directly to the Warden I submitted at (BP-9) Dated: (8/28/2014) not Answer's

6 (D)

DEFENDANT: MR. MᶜCLAIN (Counselor-B-Unit)

I was waiting for the Answer of the (BP-9); for Medical delays, Also I ask my Unit team, about my property and Legal Materials, since I Arrived Here in this institution, the Unit Counselor, Mr. MᶜClain, just tell me "you stabbed at Correctional Officer in his face", you think you got your property, just get what you got and accepted the time you got for the Assault to the Officer, Because is for your Own good, you not got anything Back to you!!!

6 (E)

DEFENDANT: DR. S. NICKBATH (MLP)

I was Realeses from the (SHU) July/22/24

In this date, I suffer at accident in My collar-bone-clavicle-Left side. Go to the Hospital Lysbergh, outside the Prison.

The Doctor, NICKBATH, Got my analisis from the Hospital Lysbergh, and the "x-rays" realized for my Collar-bone-Left-clavicle the Bone was Broken in three parts"...

The Doctor Nickbath, Only give me Pain Killer for "Two week's", and He tell me, the Bones Healing by them-self, you can go back to your Unit!!

I'was in Several Pain!!!

6 (F)

DEFENDANT: DR. S. NICKBATH (MLP)

The X-ray's, took by Hospital Lysbergh showing the magnitud of the Injury and the Collar Bone Fractured in three pieces, parts.

I got every days after the pain Killer for Two weeks prescribe by Doctor, Nickbath

And see it by several (P.A.) they stated if I continue coming here, we cover you $2.00 for every day we see you!!! I Answer to them, I need it Medical Care treatment for my collar-bone frac-ture, Also I don't deserve to be in such Much pain and suffering or have to endure the Severe physical pain, Having to walk around never Knowing when I'll received

6-(G)

DEFENDANT: DR. S. NICKBATH (MLP)

Another "Seizure" or elecktrick-Shock's

Around my Head, inclusive put me in risk

my life or inclusive "DEATH"

Are evident of itself I have been

exposed to "HARSH and CRUEL" actions

that clearly have deprived me of my

personal and Constant "FEAR" to get

Another "Seizure" or ELECKTRICK'S

SHOCK'S to put in my life in risk"

Only Delay's in my Medical care

treatment, suffering almost ⑤ Months

to be Authorized the Surgery !!!

6- (H)

Is clearly been violated right to plaintiff; **XIV** (FOURTEENTH AMENDMENT) **VIII** (EIGHT AMENDMENT)

By not being properly assesed and diagnosed by Competent, non-prejudicial or unbiased staff member, my's injuries would have been taken care of and whatever Underlined and Unseen Injuries I sustained would also have been diagnosed and treatment would have been provided as well. To date I suffer extreme pain and "Seizures that I had never had Before to the December - 28 - 2012

6 - (I)

DEFENDANT: DR. TIDWELL (MDO)

During Waiting Surgery for my Collar-Bone Left clavicle; and after be in Surgery for my's Collar-Bone, I was in recuperations in my Unit, I suffer at another "Seizures", Like Electrick Shock's and I Reported to my Unit officer and Send me to see it at Health Ser- -vice (I was see it by (P.A.) I was in Several pain, in my Surgery, my Right wrist was swaollen, for the impact with the Cement-floor, my Head Hit the locker; (the answer of the x-rays was, no broken bones in my Right hand

6- (P)

DEFENDANT: DR. TIDWELL (MDO)

But I was in Severe pain for the fall to the cement floor; and next week I Suffer another "Seizure", EleckTrick Shock's Around my Head, with the consecuence of my Left-clavicle, Swollen the movement of the Screw's. (9) in total, my arm twisted, my Left writs Swollen, possible Broken, I tell my celly-to call the officer for get Help; the officer was inside the office, and I go to Him, and I Reported the Matters, I was feeling Dizziness, Him call the (P.A)

6 (Q)

DEFENDANT: DR. TIDWELL (MDO)

The (P.A) put me in the Call-out to get at "x-rays", the Answer was, positive Broken Bones in (Radious) Left wrist ## While Being Seen by Doctor, Tidwell for follow-up care for my injuries, He was extremely pensive and Hesitant to provide me with any treatment, Because in His Words" I Know what you are doing and I'm not going to be a part of this Matters", He was assuming my Legal pursuit were Against USP-① coleman's Medical, and Compound Staff wich it is not Since they,

6 (R)

DEFENDANT: DR. TIDWELL (MDO)

Are not the Initial Medical staff

responsible for my's injuries received

Deliverate Indifference and Refusal to

provided me with proper Medical treatment

care I need and have had a Judicial

order to have done. The Doctor, tidwell

Ask me ¿ How I got all this "Seizures"

I answer to Him, from the Beating

by Correctional Officer in USP-CANNAN

on December-28-2012, They Kicking

my Head, punching, stomped, at Use my

Head like at RAM to open steel's doors

inside and outside Enfermary Room

6-(a)

DEFENDANT: DR. TIDWELL (MDO)

In USP-CANNAN, and I explained Him, about the Negligence of the Medical Staff for not perform Medical care/treatment to my injuries in my Head and Body.

Doctor, Tidwell, check my file, and Communicated me, the Medical Staff don't say anything about your problems in your Head, or any cain of "Seizure"

He, Stated you need to start at Medication for your "Seizures", and you need to be convalecient in your Unit "Not more, Broken Bones"

6 (T)

DEFENDANT: DR. TIDWELL (MDO)

Dr. TIDWELL; never informed me About I need at Plastic Surgery on my Right Eye; I got Knowledged when I was transported to at Clinic in "CLERMORT" FL. and the Officer tell me, I got at Plastic Surgery in my face? when I was in that clinic, the Surgeon tell me; the reason I'm Here? they tell me, We can't put it at hands on you? for your plastic Surgery on your Right Eye!! And your Bones healing already, is almost late for your Surgery in your Right Eye??? Copys Attached.

(5/15/2015)

6 (U)

DEFENDANT: DR. TIDWELL (MDO)

This is my first Knowledge, about my fracture on my right eye, and the orbital Laminas I got the "Medical Records" They only Realese (from USP-CANNAN, And in this Moment almost TWO YEARS DON'T WANT REALESES MYS MEDICALS RECORDS, I send several COP-OUTS, (BP-8) (BP-9) Remedys, "not Answers" till Know dated: (NOV/17/2016)

I send several E-MAIL TRULINK, use only for inmates grievances, But this information is Only for (FBOP) inmates can't not made copy's.

6 (V)

DEFENDANT: DR. TIDWELL (MDO)

In the date of (04-28-2016) I was in Medical trip to at clinic Neurological center in Ocala, fl.  By two officers scort me

I got at injurie when I fall out of the VAN, one Officer try to hold of me by the Left Arm, when mys schucleck chain stuck in the grill of the outside of the VAN, I was in handcuffed infront with mys hands, with at Black Box, and I fell forward the (CO) grab me my left Arm from prevent me to Hit the gruod floor with my Head, I feeling Ripped my Surgery from my Left clavicle-Collar Bone, and the Bones of my Left-Wrist to.

6-Ⓦ

DEFENDANT: DR. TIDWELL (MDO)

"I got at Shoulder pain and left wrist pain"

I got medical care for MR. MᶜCALLISTER

They performed at x-ray, to my Left wrist and the Dr. TIDWELL, tell me "the Bone is no healing well, Because I got Arthitris in that Bone and is old fracture, "I ASK Him, How is old, if I suffer at Broken Radious in this year 2015, and I was seen it by at Dr. outside the prison, and the Dr. Show me the x-rays, and the T.V. when performed the view of the Fractured bone, and Know you tell me this Malformation in my Left-wrist, is nothing

6 - Ⓧ

DEFENDANT: Dr. TIDWELL (UDO)

IF you stated the bone is not healing and the bone got Know at deformation outside Bone, and never was like that before, only after the injurie in the Date of 4/28/15; Right Know is almost ⑧ months transcurred from the injuries, if they performed x-rays, I got several pain, around my Left Wrist, when I try to move it, I feeling when the Bone move it, only they say to me, Nothing can do it for you, only I Medicated Pain Killers...
Only I see it, Medical Delay care treatment.

6 - Ⓨ

## DEFENDANT: MR. PHILLIPS

Since the first days arrived in this Unit (H-Unit) I ask several times to Counselor; PHILLIPS, for the problems with my Legal Mail, Regular mail, never come in, and He, stated to me, this is at issue with the "Mail Room", So I ask to him for at Form (BP-8) to start for answer about My Legal Mail, Regular Mail.

I explained to the Counselor, PHILLIPS About I got at Civil case, in the federal Court of Ocala, FL, [NO: 5:15-CV-635-OC-10PRL] And the Legal Mail don't Arrived in time.

6-Ⓐ

DEFENDANT: MR. PHILLIPS (Counselor-H-Unit)

And my Regular mail never arrived to.

So, I need your help for this matters,

I have been told by my Counselor,

Phillips, "to start looking for another Unit,

Because, I put in some rocks in his shoes".

This "treat" was in his office, and

he, proced to slamm the desk, hard to

try to scarred me, when He, tell me

this nonsense of words, I get out

of his office, and I proced to the

"Dr. Maurize", in charge of the Unit

"Challenge Program", I explained to

Him everything what happen!!!

6-ⓑ

DEFENDANT: MR. PHILLIPS (COUNSELOR-H-Unit)

The date of June/10/2016, June, 03, 2016, June, 20, 2016, Several's (BP-8) Complaints Against Counselor phillips, I submitted to Him, not Answer, on June-20-2016, The Counselor phillips, scream my Name, He stated I got Legal Mail, come to my office

At this date is when I Realize all this time they got my's Legal Mail, Regular Mail, Federal documents from differents Regionals, Regionals Office Federal Court of Ocala, FL; Letters from My Consulated of Mexico, Family & Friends.

6-©

DEFENDANT: <u>MR. PHILLIPS (COUNSELOR-H-Unit)</u>

I suffer at Several "<u>HARM, PAIN,</u>" from the Actions of my Unit team, rejecting Refusing, loss, withholding, tampering with of interfere to Access to Legal Law, or get any Materials deemed neccessary for plaintiff, Legal pursuit...

The Unit Manager, Mr. Hevett, and Mr. phillip (counselor) Both as well interfere obstructed and Conspiracy to Consfiscated my Legal Documents from the Federal Cort, of Ocala, FL. and differents Regionals and Central office regional Remedy's, the Consecuence of all this Acts toward plaintiff, to be "<u>DISMISSAL</u>" the Civil case [NO: 5:15-CV-635-OC-10PRL]

6-ⓓ

DEFENDANT: MR. PHILLIPS (COUNSELOR-H-Unit)

Denied plaintiff, with Medical care treatment, and deliberate indifference to plaintiff, serious Medicals needs, and Constitute Cruel and Unusual Punishment Under the Eight Amendment of the United States Constitution.

Violated Civil Rights to plaintiff, the First, Fith, Sixth, Eight and fourteenth Amendments"

DEFENDANT: MR. MILLER (ASSOCIATTE WARDE)

Because He, is the second in command in the chain of this institution USP-① coleman

All the department go true his office and the "Health Service", "Unit team" also,

He have knowledge about my's grievances with the time I send to my Unit team Because I pass to Him, Copys of the (BP-8)(BP-9) I send to my Unit team first, and I pass to Him after 20 days Calendar and not Answer's, So, I pass to Him another's grievances as well with the Same Attitutes from my Unit team.

6-①

DEFENDANT: Mr. MILLER (ASSOCIATTE WARDEN)

On the date of June-90-2016, | June-20-2016,

June-21-2016, I send several E-mail, via

TruLink, (BP-8, BP-9), Only Mr. Miller, answer

at (BP-9) (June-10-2016), He, answer in

the date of "June-16-2016," attached Copy's

All this grievances was respect to the

Unit team, toward plaintiff, for the wrong

doings of the Unit Manager, (Hevett) and

Mr. Phillips (Counselor) for the both as well

interference, obstructed, consfiscated my

Legal Mail, from the federal court of Ocala,

FL, and the federal documentos from, —

the differents Regionals,

6-Ⅺ

DEFENDANT: Mr. MILLER (A.W.)

— the differents, Northeast and South_east Regional, Central Regional Office..

Also for the nonsense of the "treat" of the Counselor, "phillips" toward, plaintiff.

All this time that Mr. MILLER, Had Knowledge about all my's grievances, for Medical delays, Loss of property, Civil Action Complaint, All problems related to my's <u>injuries</u> Broken Bones, Tort claim for Damages" and Lost of property," to Northeast Regional.

And the Delay to provide me with the Medical care treatment properly in time.

6-Ⅲ

DEFENDANT: Ms. TAMYRA JARVIS (WARDEN)

She is the Chief Operating Officers Who overseas that all Departments and the Supervisor are to perform their Duties According to FBOP, in USP-①-Coleman.

The date of (8-28-2014) I send at (BP-9) Request to Medical care treatment and the delay to provide me, with my Broken Bone in my Left Collar-Bone Clavicle, No Answer, She got Knowlegde About plaintiff, Because I send at a Civil Action Complaint [No: 5:15-CV-635-OC-10PRL] for Delay Medical care treatment, Lost of Property. (12-21-2015)

6 - ①

DEFENDANT: Ms. TAMYRA JARVIS (WARDEN)

My Consulated of Mexico, made the Contact with this prison to, about the issue of Medical care treatment to plaintiff Why not provide it to Mr Montalbean, no Answer from Her office; Also I send Several E-MAIL TRULINK-VIA INMATE, I Request to the Warden, about the Matters and the Wrongdoing of my Unit team, Mail Room, Associatte Warden, Only She Answer ① E-MAIL TRULINK, The same Answer of the ASSOCIATTE WARDEN "date "6-16-2016"; But not Answer (BP-9) this is the Reason I can't not Continue my Remedys,

6-②

DEFENDANT: MS. TAMYRA JARVIS (WARDEN)

I need the case number from the (BP-9), I request the Answer of the Warden inprinted in the (BP-9) grievance, till Know Not Answer from Her Office, Only I got Answer (BP-9) for the Lost Of property

Denied plaintiff Medical care treatment, Serious Medical needs violate rights to plaintiff and Constitute cruel and Unusual punishment Under the Eight Amendment of the United States Constitution,.. Denied to plaintiff, the First, Fith, Sixth, Eight, and Fourteenth Amendments...

6-③

## STATEMENTS OF CLAIMS:

The first Amedment, the freedom of Speech, to petition the Government for a redress of grievances,

The fifth Amendment, Nor shall be com--pelled in any Creminal case to be a witness Against himself, the Sixth, the Eight and Fourteenth Amendments,.

The deliberate and Reckles Medical indsference to Plaintiff, received by the USP-① Coleman, FL.

Unrestricted Access to the courts free for Retaliation, To not be deprived of liberty and property",...

7

# RELIEF REQUESTED:

1 ) COMPENSATORY DAMAGES IN THE AMOUNT OF $ 250,000,00 AGAINTS EACH
DEFENDANTS,JOINTLY AND SEVERALLY.

2 ) PUNITIVE DAMAGES IN THE AMOUNT OF $ 250,000.00  AGAINTS EACH
DEFENDANTS, JOINTLY AND SEVERALLY.

3 ) NOMINAL DAMAGES IN THE AMOUNTS OF $ 1,000.00  AS SEEN FIT BY
THIS HONORABLE COURT.

4 ) A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY.

5 ) PLAINTIFFS  LEGAL COSTS IN THIS TRIAL SUIT.

6 ) ANY ADDITIONAL RELIEF THIS HONORABLE COURT DEEMS JUST PROPER AND
EQUITABLE.

DATE:
JANUARY /03/2017

RESPECTFULLY SUBMITTED BY:

JOSE MONTALBAN
REG:NO#11497-179
FEDERAL CORRECTIONAL COMPLEX
USP-1   COLEMAN
P.O.BOX 1033/h-unit
COLEMAN,FL.33521-1033

## VERIFICATION

I, JOSE MONTALBAN,HAVE READ THE FOREGOING CIVIL ACTION/COMPLAINT
AND HEREBY VERYFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE,EXCEPT AS
TOP MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE,
I BELIEVED THEM TO BE    TRUE.
I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING    IS TRUE AND
CORRECT.
EXECUTED AT COLEMAN FLORIDA ON JANUARY /03/2017
------------------------------------------------
JOSE MONTALBAN,PLAINTIFF PRO-SE

7- Ⓐ